# IN THE SUPREME COURT OF THE STATE OF NEVADA

LN MANAGEMENT LLC SERIES 113
AMETHYST STARS,

Appellant,

vs.

BANK OF AMERICA, N.A., A
NATIONAL ASSOCIATION,

Respondent.

No. 73102

**FILED**

AUG 24 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Our preliminary review of the docketing statement and the NRAP 3(g) documents revealed a potential jurisdictional defect. Accordingly, on June 22, 2017, we directed appellant to, within 30 days, show cause why this appeal should not be dismissed for lack of jurisdiction. Specifically, we noted that several claims appeared to remain pending between the parties in the district court, such that no final judgment has been entered in the underlying case, and that the district court did not certify its order as final under NRCP 54(b). The order cautioned that failure to demonstrate that this court has jurisdiction could result in the dismissal of this appeal.

To date, appellant has failed to respond to our order to show cause or to otherwise demonstrate that this court has jurisdiction to consider this appeal. Accordingly, it appears we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

Supreme Court
of
Nevada

(O) 1947A

17-27457

cc: Chief Judge, the Eighth Judicial District Court
Hon. Nancy M. Saitta, Senior Justice
Kerry P. Faughnan
Akerman LLP/Las Vegas
Eighth District Court Clerk